JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUTOR PERINI CORPORATION, et al.<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY, et al.,<br><br>Defendants. | Case No. 2:24-cv-11215-RGK-SK<br><br>**DEFENDANTS ZURICH AMERICAN INSURANCE COMPANY AND AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY's [PROPOSED] FINAL JUDGMENT ON SUMMARY JUDGMENT** |

After consideration of the papers for Defendants ZURICH AMERICAN INSURANCE COMPANY's and AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY's Motion for Summary Judgment, or in the Alternative,

Selman Leichenger Edson Hsu Newman & Moore LLP
ATTORNEYS AT LAW

Partial Summary Judgment, this Court grants Defendants' Motion in its entirety. Therefore, judgment is entered as follows:

1. Judgment on the entire complaint is entered in favor of defendants ZURICH AMERICAN INSURANCE COMPANY and AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY and against plaintiffs TUTOR PERINI CORPORATION and TUTOR PERINI BUILDING CORPORATION. Defendants have no duty to defend or indemnify Tutor Perini in *Chestlen Development, L.P. v. Tutor Perini Building Corporation, et al.*, Case No. January Term, 2021 #0645, in the Philadelphia First Judicial District, Court of Common Pleas ("*Chestlen* Action").

2. Judgment on ZURICH AMERICAN INSURANCE COMPANY's entire counterclaim is entered in favor of ZURICH AMERICAN INSURANCE COMPANY and against plaintiffs TUTOR PERINI CORPORATION and TUTOR PERINI BUILDING CORPORATION.

3. ZURICH AMERICAN INSURANCE COMPANY shall recover defense fees and costs incurred to defend Tutor Perini in the *Chestlen* Action in the amount of $2,919,008.54.

4. Defendants ZURICH AMERICAN INSURANCE COMPANY and AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY are the prevailing parties and shall recover costs.

IT IS SO ORDERED.

Dated: 11/21/2025

*/s/ Gary Klausner*
HON. R. GARY KLAUSER
UNITED STATES DISTRICT JUDGE